IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL BARNETT, *

    Plaintiff *

vs. *

                                         CASE NO. 4:07-CV-47 (CDL)

DWIGHT HAMRICK, et al., *

    Defendants *

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on September 20, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of November, 2007.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                            UNITED STATES DISTRICT JUDGE